IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

EDMOND McCLINTON                                                                              PETITIONER

VS.                              CASE NO. 2:02CV00126 JLH/HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                                         RESPONDENT

### **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED THAT THE CLERK IS DIRECTED to forward to Petitioner the appropriate forms for filing a petition under 28 U.S.C. § 2254.  Petitioner should complete the forms and submit them for filing as a new case with a new case number.  If Petitioner contends he has exhausted state remedies, he should attach to the forms copies of his state petitions or motions challenging the computation of his sentence, and copies of any orders by the state court regarding those petitions or motions.

SO ORDERED this   14th   day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE